**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **)** | |
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal Action No. 04-319 (RMC/JMF)** |
| | **)** | |
| **WESTLEY ASHE,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

**ORDER**

This matter comes before the Court on the March 10, 2011, Report and Recommendation issued by Magistrate Judge Facciola concerning Defendant Wesley Ashe's violations of his conditions of probation. After consideration of the record, Magistrate Judge Facciola joined the Probation Office and the parties in recommending that Mr. Ashe's probation be modified to require that he spend no less than 30 days of his remaining term of probation in the Bureau of Prisons Sanctions Center. Accordingly, it is hereby

**ORDERED** that the March 10, 2011 Report and Recommendation [Dkt. # 40] is **ADOPTED**; and it is

**FURTHER ORDERED** that Defendant's conditions of probation be modified to require that he spend no less than 30 days of his remaining term of probation in the Bureau of Prisons Sanctions Center.

**SO ORDERED.**

Date: March 15, 2011

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge